UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TOWAKI KOMATSU,

                Plaintiff,

     -against-                              **ADMINISTRATIVE ORDER**
                                                          21-cv-1838 (RA)

UNITED STATES OF AMERICA, *et al*.,

                Defendants.

_____

IT APPEARING that Plaintiff Towaki Komatsu, proceeding *pro se*, in the case of *Komatsu v. United States of America, et al.*, 21-cv-1838 (RA), has brought constitutional claims against various Court Security Officers (CSOs) and United States Marshals assigned to the Daniel Patrick Moynihan and Thurgood Marshall United States Courthouses, and has brought claims against an Assistant United States Attorney (AUSA) for the Southern District of New York and three judges in this district; and

IT FURTHER APPEARING that for the above reasons the impartiality of the United States District Judges of the United States District Court for the Southern District of New York might reasonably be questioned;

IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455(a), said United States District Judges of the Southern District of New York are disqualified from presiding over this civil action, No. 21 CV 1838 (RA); and

IT WILL THEREFORE BE REQUESTED that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a District Judge from outside the Southern District of New York, but from within the Second Circuit, pursuant to 28 U.S.C. § 294(c), to perform the duties of a United States District Judge temporarily for the Southern District of New York for the specific case *Komatsu v. United States of America, et al.*, 21-cv-1838 (RA), and all related matters.

Dated: May 21, 2021
New York, New York

                                                                                 _____
                                                                  LAURA TAYLOR SWAIN, U.S.D.J.
                                                                             *Chief Judge*