UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TOWAKI KOMATSU,
                        Plaintiff,

            *-against-*                    **ADMINISTRATIVE ORDER**
                                                     21-cv-1838

UNITED STATES OF AMERICA, *et al.*,

                        Defendants.
_____

### IN THE MATTER OF THE DESIGNATION OF A MAGISTRATE JUDGE
### FOR SERVICE IN ANOTHER DISTRICT

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to the assignment of the above-titled case to the Honorable Raymond J. Dearie, United States District Judge of the Eastern District of New York, and for the reasons stated in the Administrative Order in this case (ECF Doc. No. 9), a magistrate judge from the Eastern District of New York is required to handle matters in the above-titled case. The court therefore certifies the need for assistance from a visiting U.S. magistrate judge from the Eastern District of New York from May 28, 2021, to June 1, 2022, or thereafter as required to complete unfinished business. It is therefore

ORDERED, with the concurrence of the Honorable Margo K. Brodie, Chief Judge of the Eastern District of New York, that United States Magistrate Judge Roanne L. Mann is hereby designated to hold court in the Southern District of New York and perform any and all judicial duties

designated under 28 U.S.C. § 636, subsections (a), (b), and (c), for the specific case *Komatsu v. United States of America, et al.*, Case No. 21-cv-1838, and any related matters, for a period from May 28, 2021, to June 1, 2022, or thereafter as required to complete unfinished business.

Dated this 28th day of May, 2021

SO ORDERED:

_____
LAURA TAYLOR SWAIN, U.S.D.J.
*Chief Judge*