**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**TOWAKI KOMATSU,**

                              **Plaintiff,**                      **ORDER**

                **-against-**                              **21-CV-1838 (RD)**

**UNITED STATES OF AMERICA, et al.,**

                            **Defendants.**
-----------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       By Memorandum and Order dated June 9, 2021, U.S. District Judge Raymond J. Dearie directed the United States Attorney for the Southern District of New York (the "USAO") to promptly advise the Court whether the government will accept service on behalf of any of the remaining named defendants.  See docket entry #13.  Accordingly, by June 30, 2021, the USAO must file a letter stating whether it would accept service, which would otherwise be effected by the United States Marshals in light of plaintiff's *in forma pauperis* status.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
           **June 24, 2021**

                          /s/ *Roanne L. Mann*
                          **ROANNE L. MANN**
                          **UNITED STATES MAGISTRATE JUDGE**