UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff(s),

                                                    **ORDER**
  -v-                                             **CV 21-1838(RJD)(RLM)**

UNITED STATES OF AMERICA, et al.,

                Defendant (s).
-------------------------------------------------------X
DEARIE, DISTRICT JUDGE.

      Motion (ECF No. 17) for reconsideration is denied. Motion for reconsideration of recusal is denied. Request to certify is denied.

      The Clerk of the Court is directed to mail a copy of this Order to Mr. Komatsu.

**SO ORDERED.**

**Dated: Brooklyn, New York**
       **June 30, 2021**

                                                  *Raymond J. Dearie*
                                               **RAYMOND J. DEARIE**
                                               **UNITED STATES DISTRICT JUDGE**

cc: Towaki Komatsu        (By U.S. Mail)
    802 Fairmount Pl.
    Apt. 4B
    Bronx, New York 10460