**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**TOWAKI KOMATSU,**

                            **Plaintiff,**                                 **ORDER**

                    **-against-**                                        **21-CV-1838 (RD)**

**UNITED STATES OF AMERICA, et al.,**

                            **Defendants.**
------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      By Memorandum and Order dated June 9, 2021, U.S. District Judge Raymond J. Dearie directed the United States Attorney for the Southern District of New York (the "USAO") to promptly advise the Court whether the government will accept service on behalf of any of the remaining named defendants. See docket entry #13. Having received no response from the USAO, by Order dated June 24, 2021, this Court directed the USAO to respond to Judge Dearie's directive, by June 30, 2021. See docket entry #20. The USAO still has not responded.

      Since the USAO's failure to respond may be due to that office not receiving electronic notifications regarding this case from the Court's Electronic Case Filing system, the Court's staff will contact the Civil Division of the USAO to notify that office of the orders regarding service. Accordingly, the Court extends the time for the USAO to respond to July 12, 2021. If service on defendants is required, it will be effected by the United States Marshals for the Eastern District of New York, in light of plaintiff's *in forma pauperis* status.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:     Brooklyn, New York
           July 7, 2021

                                    /s/  *Roanne L. Mann*
                                    **ROANNE L. MANN
                                    UNITED STATES MAGISTRATE JUDGE**