UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
TOWAKI KOMATSU,

        Plaintiff,

  - against -

UNITED STATES OF AMERICA, et al.,

        Defendants.
--------------------------------------------------------- x

**ORDER**
Case No. 21-CV-1838

DEARIE, District Judge[*]

    The Government is directed to propose a briefing schedule for its anticipated motion to dismiss. The Government is also directed to respond to Plaintiff's many requests for injunctive relief.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       October 28, 2021

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.