UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                Plaintiff,

                                          **ORDER**

          - against -                           Case No. 21-CV-1838

UNITED STATES OF AMERICA, et al.,

                Defendants.
-------------------------------------------------------- x

DEARIE, District Judge[*]

      The pre-motion conference is waived as to all Defendants. Defendants are directed to confer and to propose a single briefing schedule that is acceptable to all parties for the anticipated motions to dismiss. Additionally, Defendants are directed to coordinate their briefings, to the extent possible, to avoid needless repetition.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York                     /s/ Raymond J. Dearie
       November 2, 2021                  RAYMOND J. DEARIE
                                     United States District Judge
                                     Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.