UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                Plaintiff,

      - against -

UNITED STATES OF AMERICA, et al.,

                Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge[*]

      The Court is in receipt of the government's November 5, 2021 letter. Plaintiff's reply, if any, should be filed on or before November 22, 2021.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  Brooklyn, New York
          November 10, 2021

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.