UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                     Plaintiff,

        - against -

UNITED STATES OF AMERICA, et al.,

                     Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge[*]

      On October 28, 2021, the Court ordered the Government to respond to Plaintiff's request for injunctive relief. On November 5, 2021, the Government filed a letter arguing that Plaintiff is not entitled to a preliminary injunction. Plaintiff now seeks an extension of time to respond to the Government's November 5 letter. Plaintiff's request for an extension is GRANTED. Plaintiff is ordered to respond to the Government's letter on or before December 2, 2021.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       November 22, 2021

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.