UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TOWAKI KOMATSU,

                              Plaintiff,                            **ORDER**

           -against-                                         21-CV-1838 (RD)

UNITED STATES OF AMERICA, et al.,

                              Defendants.
-----------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Plaintiff Towaki Komatsu ("plaintiff"), proceeding *in forma pauperis*, brings claims against various governmental and non-governmental defendants, including Manwai Lui, Walter Johnson, Ralph Morales and Scott Kamien (the "CSOs"), and their purported employer, Inter-con Security Systems, Inc. ("Inter-con"). See Complaint (Feb. 26, 2021) at p. 3 ¶ 4, DE #2 ("Inter-Con was the direct employer of CSOs who it provided to the USMS on an outsourcing basis[.]"); id. ¶¶ 7, 10, 16, 26. On October 20, 2021, the United States Marshals Service attempted to effect service on the CSOs through Inter-con. See Marshal's Process Receipts and Returns of Service Executed (Oct. 28, 2021), DE #71, DE #72, DE #73, DE #74. By letter dated November 12, 2021, defendant Inter-con, which intends to file a motion to dismiss the Complaint on its own behalf, advises that service on defendants Manwai Lui, Walter Johnson, Ralph Morales and Scott Kamien was ineffective because Inter-con "does not currently employ the above-named individuals." Response (Nov. 12, 2021) at 1 n.2, DE #82. Inter-con is directed to provide to the Court, filed under seal, by December 14, 2021, last known addresses for the CSOs so that service can be properly effected on them.

The Clerk of Court is directed to mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated:   **Brooklyn, New York**
         **December 7, 2021**

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**