UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                             Plaintiff,

                - against -

UNITED STATES OF AMERICA, et al.,

                           Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge*

        In his letter of 12/8/2021, Plaintiff asks this Court to grant him relief as to an upcoming appearance in the unrelated case of <u>Komatsu v. City of New York</u> (20-cv-10942). This Court has no authority to interfere in a matter before another judge. This request is denied.

        In his letter of 12/11/2021, Plaintiff requests an extension of time to respond to Defendants' motions to dismiss. Plaintiff is granted an extension of 30 days, until 2/20/2022. Defendants' replies are now due 3/7/2022. While the Court recognizes that Plaintiff is heavily involved in several pending litigations he has initiated, this matter must be addressed with reasonable dispatch.

        The Court is in receipt of the briefings as to Plaintiff's requests for a preliminary injunction. When service is complete, the Court will address the issue of equitable relief.

        The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
        December 14, 2021

                                                   /s/ Raymond J. Dearie
                                                   RAYMOND J. DEARIE
                                                   United States District Judge
                                                   Sitting by Designation

---

* Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.