**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**TOWAKI KOMATSU,**

                        **Plaintiff,**                    **ORDER**

            **-against-**                                       **21-CV-1838 (RD)**

**UNITED STATES OF AMERICA, et al.,**

                        **Defendants.**
-----------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Plaintiff Towaki Komatsu ("plaintiff"), proceeding *in forma pauperis*, brings claims against various governmental and non-governmental defendants, including Manwai Lui, Walter Johnson, Ralph Morales and Scott Kamien (the "CSOs"), and their purported employer, Inter-con Security Systems, Inc. ("Inter-con"). See Complaint (Feb. 26, 2021) at p. 3 ¶¶ 4, 7, 10, 16, 26, DE #2. The United States Marshals Service's attempts to effect service on the CSOs through Inter-con were ineffective because Inter-con "does not currently employ the above-named individuals." See Marshal's Process Receipts and Returns of Service Executed (Oct. 28, 2021), DE #71, DE #72, DE #73, DE #74; Response (Nov. 12, 2021) at 1 n.2, DE #82. Accordingly, by Order dated December 7, 2021, this Court directed Inter-con to provide to the Court, filed under seal, last known addresses for the CSOs so that service can be properly effected on them. See Order (Dec. 7, 2021), DE #92. Inter-con has now done so. See Letter addressed to Judge Roanne L. Mann from Jessica R. Schild dated December 14, 2021 re: last known addresses for the CSOs (Dec. 14, 2021), DE #101 (filed *ex parte*).

      The Clerk of Court is instructed to re-issue summonses for defendants Manwai Lui, Walter Johnson, Ralph Morales and Scott Kamien, complete the USM-285 forms with the

addresses listed in Inter-con's letter (DE #101), and deliver all documents necessary to effect service to the United States Marshals Service for the Eastern District of New York (the "USMS-EDNY").  The USMS-EDNY is requested to effect service at those addresses listed in Inter-con's letter (DE #101).

The Clerk of Court is directed to mail a copy of this Order to plaintiff.

SO ORDERED.

Dated:   Brooklyn, New York
         December 14, 2021

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**