UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                               Plaintiff,

                - against -

UNITED STATES OF AMERICA, et al.,

                             Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge[*]

      Defendant Inter-con's Motion to Dismiss, ECF #95, was filed prematurely. See Individual Motion Practices of Judge Raymond J. Dearie, § III.D ("No motion papers shall be filed until the motion has been fully briefed."). The Clerk of Court is directed to strike the Motion and accompanying documents, ECF #94-96, from the docket.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
            December 17, 2021

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.