UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                    Plaintiff

          - against -

UNITED STATES OF AMERICA, et al.,

                   Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge[*]

    Plaintiff requests a second extension of time to respond to Defendants' motions to dismiss. See Dkt. No. 106, 108. Because Plaintiff was not prejudiced in any way by the Order striking Inter-Con's motion papers from the electronic docket, this request is denied.

    The parties are directed to comply with the briefing schedule previously set forth on December 14, 2021. See Dkt. No. 100. Pursuant to that schedule, Plaintiff's response is due on February 20, 2022 and Defendants' replies are due March 7, 2022.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: Brooklyn, New York  
        January 11, 2022

/s/ Raymond J. Dearie  
RAYMOND J. DEARIE  
United States District Judge  
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.