UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
TOWAKI KOMATSU,

        Plaintiff,

    - against -

UNITED STATES OF AMERICA, et al.,

        Defendants.
------------------------------------------------------- x

**ORDER**
Case No. 21-CV-1838

DEARIE, District Judge[*]

    The Court is in receipt of Mr. Komatsu's letter of May 24, 2022, requesting an extension of time to file his second amended complaint. An extension of seven days is granted. Mr. Komatsu is directed to file his second amended complaint on or before June 2, 2022.

    The Clerk of Court is directed to mail a copy of this Order to the plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       May 25, 2022

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.