UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
TOWAKI KOMATSU,

        Plaintiff,

   - against -

UNITED STATES OF AMERICA, et al.,

        Defendants.
------------------------------------------------------- x

**ORDER**
Case No. 21-CV-1838

DEARIE, District Judge*

    The Court is in receipt of Mr. Komatsu's letter of May 24, 2022, requesting leave to file a further amended complaint so as to incorporate information from a recent NBC News article. ECF No. 148. Because any relevant competent information bearing on the issues to be tried will be available to the fact finder, the request is denied.

    Parties are reminded that defendants' motions to dismiss the Second Amended Complaint, if any, are due on or before July 11, 2022. Plaintiff's response will be due on or before August 25, 2022. Defendants' replies will be due on or before September 14, 2022. The parties are respectfully directed to comply with the Court's individual rules, including the requirement that no motion papers be filed on the docket until the motion has been fully briefed. See Individual Motion Practices of Judge Raymond J. Dearie § III.D.

    The Clerk of Court is directed to mail a copy of this Order to Mr. Komatsu.

SO ORDERED.

Dated:  Brooklyn, New York
         June 15, 2022

                                       /s/ Raymond J. Dearie
                                       RAYMOND J. DEARIE
                                       United States District Judge
                                       Sitting by Designation

---

* Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.