UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

                 Plaintiff

       - against -

UNITED STATES OF AMERICA, et al.,

                Defendants.
-------------------------------------------------------- x

**ORDER**

Case No. 21-CV-1838

DEARIE, District Judge[*]

     Mr. Komatsu has filed yet another letter containing offensive and demeaning language, this time directed toward opposing counsel. See ECF No. 156. The sentiments expressed in this letter are appalling and violate the Court's numerous orders warning Mr. Komatsu that vulgar, ad-hominem insults will not be tolerated. The Clerk of Court is directed to strike ECF No. 156 from the docket. Mr. Komatsu is admonished that future submissions containing further attacks or abuses will be subject to severe sanction.

     The Clerk of Court is directed to mail a copy of this Order to Mr. Komatsu.

SO ORDERED.

Dated: Brooklyn, New York
       July 15, 2022

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

[*] Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.