UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TOWAKI KOMATSU,

        Plaintiff,

    - against -

UNITED STATES OF AMERICA, et al.,

        Defendants.
-------------------------------------------------------- x

**ORDER**
Case No. 21-CV-1838

DEARIE, District Judge*

    The Court is in receipt of Mr. Komatsu's letters requesting an extension of his deadline to respond to defendants' motions to dismiss. The Court understands that Mr. Komatsu is otherwise occupied by the lengthy roster of lawsuits he has initiated that require an enormous amount of his time and energy. However, if Mr. Komatsu intends to continue to prosecute *this* litigation, he must abide by reasonable deadlines. One final extension of fourteen days will be granted. Mr. Komatsu is directed to file his response brief on or before September 8, 2022. Defendants' replies now due on or before September 29, 2022.

    The Clerk of Court is directed to mail a copy of this Order to the plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
       August 11, 2022

/s/ Raymond J. Dearie
RAYMOND J. DEARIE
United States District Judge
Sitting by Designation

---

* Hon. Raymond J. Dearie, United States District Court for the Eastern District of New York, sitting by designation.