UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TOWAKI KOMATSU,

                  Plaintiff,

          -against-

**ORDER**

21 CV 1838 (RJD)

CITY OF NEW YORK, et al.

                  Defendants.
---------------------------------------------------------X
DEARIE, District Judge.

    Plaintiff's letter request docketed as ECF No. 199 is denied.

SO ORDERED.

Dated:  Brooklyn, New York
         February 2, 2023

                                       _s/_____
                                       RAYMOND J. DEARIE
                                       United States District Judge