UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TOWAKI KOMATSU,

                Plaintiff,

       -against-

CITY OF NEW YORK, et al.

               Defendants.
-------------------------------------------------------X

**ORDER**

21 CV 1838 (RJD)

DEARIE, District Judge.

    Plaintiff filed two letters yesterday (ECF 201, 202) essentially seeking reconsideration of the Court's dismissal of his complaint against all remaining parties. The Court previously denied a similar application by order dated February 2, 2023. Plaintiff's two renewed requests are denied.

SO ORDERED.

Dated: Brooklyn, New York
         February 7, 2023

                                          _s/_____
                                          RAYMOND J. DEARIE
                                          United States District Judge